UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCUS BOLDEN,<br><br>　　　　　Plaintiff,<br>　v.<br>STATE OF NEVADA, et al.,<br><br>　　　　　Defendants. | Case No. 3:13-cv-00543-MMD-WGC<br><br>ORDER |

Mail to plaintiff has been returned (dkt. nos. 17, 18) with the notation that plaintiff has been discharged from prison. The Attorney General has filed a notice (dkt. no. 20) indicating that plaintiff has been discharged and that his current address is unknown. Plaintiff has failed to comply with local rule LSR 2-2, which requires him to promptly inform the Court of any changes in address.

It is therefore ordered that this action is dismissed without prejudice for plaintiff's failure to inform the Court of his current address. The Clerk of the Court shall enter judgment accordingly.

It is further ordered that an appeal from the judgment would not be taken in good faith.

DATED THIS 16th day of October 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE